# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| ROSE MARIE SMITH, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:19-cv-106 |
| | * | |
| v. | * | |
| | * | |
| ANDREW SAUL, Commissioner of Social Security, | * | |
| | * | |
| Defendant. | * | |

### ORDER

This matter is before the Court on Plaintiff's Objections to the Magistrate Judge's Report and Recommendation dated February 19, 2021. Dkt. No. 18. In the Report, the Magistrate Judge recommended the Court affirm the Commissioner of Social Security's decision finding Plaintiff not disabled. Dkt. No. 16.

In her Objections, Plaintiff largely reiterates arguments the Magistrate Judge already considered and rejected. Dkt. No. 18. First, Plaintiff asserts the Administrative Law Judge ("ALJ") erred by rejecting Dr. Chadwick's opinion without discussing all of Dr. Chadwick's individual findings. Id. at p. 2. As the Magistrate Judge already explained, "The ALJ need only 'state with particularity the weight given to different

AO 72A
(Rev. 8/82)

medical opinions and the reasons therefor' so the reviewing court can determine whether the ALJ's decision is rational and supported by substantial evidence." Dkt. No. 16, p. 8 (quoting Winschel v. Comm'r of Soc. Sec., 631 F.3d 1176, 1179 (11th Cir. 2011)). Plaintiff cites no authority to support her apparent assertion that ALJs must further explain their rejection of a consultative expert's individual findings. Dkt. No. 18, pp. 2-3.

Second, Plaintiff argues the ALJ did not provide reasons supported by substantial evidence for rejecting Dr. Chadwick's opinion. Id. at p. 4. However, the ALJ did provide a valid reason for rejecting Dr. Chadwick's opinion: his opinion was not supported by the examination findings. Dkt. No. 10-4, p. 20 (R. 129). The Magistrate Judge correctly determined this reason was supported by substantial evidence. The ALJ noted contradictions between the examination findings and the May 19, 2018 opinion. Id. Therefore, the Magistrate Judge did not err in recommending the Court affirm the Commissioner of Social Security's decision finding Plaintiff not disabled.

After an independent and de novo review of the entire record, the Court **CONCURS** with the Magistrate Judge's Report and Recommendation, **ADOPTS** the Report and Recommendation as the opinion of the Court, and **OVERRULES** Plaintiff's Objections. The Court **AFFIRMS** the Commissioner's decision and **DIRECTS** the Clerk

AO 72A
(Rev. 8/82)

2

of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.

    **SO ORDERED**, this \_\_\_9\_\_\_ day of \_\_\_March\_\_\_, 2021.

                                HON. LISA GODBEY WOOD, JUDGE
                                UNITED STATES DISTRICT COURT
                                SOUTHERN DISTRICT OF GEORGIA