AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ROSE MARIE SMITH,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV519-106

ANDREW SAUL, Commissioner of Social Security,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 9th day of March 2021, the Magistrate Judge's Report and Recommendation is ADOPTED as the Order of the Court. Therefore, the Commissioner's decision is AFFIRMED, and judgment is hereby ENTERED in favor of the Commissioner. This case stands CLOSED.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

March 9, 2021
Date

John E. Triplett, Acting Clerk
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020